# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2014

## NO. 03-12-00684-CR

**Jeffrey Walker Kindred, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 27TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.